– FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 FEB 29 PM 12: 10
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 2:12-cr-31-FtM-99SPC

RICHARD KNOWLES   18 U.S.C. § 1349
RICKI BLACK       18 U.S.C. § 1341
                  18 U.S.C. § 2
    (Forfeiture)  18 U.S.C. § 981(a)(1)(C)
                  28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Mail Fraud)

#### A. Introduction

At times material to this Indictment:

1. "Premier Prize Strategy System" (PPSS) was an unlicensed entity, created and operated by Richard Knowles and Ricki Black, for the sole purpose of mail solicitation.

2. PPSS was operated out of the residence of Richard Knowles and Ricki Black, located at 2603 SW 28th Terrace, Cape Coral, Florida.

#### B. The Conspiracy Charge

Beginning at least in or around April, 2011, and continuing through May 25, 2011, in the Middle District of Florida and elsewhere, the defendants,

RICHARD KNOWLES, and
RICKI BLACK,

did knowingly and willfully combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to execute and attempt to execute a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, relating to material facts, by utilizing the United States mail for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1341.

### C. Manner and Means of the Conspiracy

3. It was part of the manner and means of the conspiracy that the defendants, Richard Knowles and Ricki Black, mass mailed solicitations to persons in various locations in the United States in which the defendants falsely represented that the recipients would receive an award of $897,897.97.

4. It was further a part of the conspiracy that through these solicitations, the defendants, Richard Knowles and Ricki Black, requested that the recipient forward money to PPSS, as a "nominal documentation fee," in order to process the award.

5. It was further a part of the conspiracy that the defendants, Richard Knowles and Ricki Black, personally kept all monies sent to PPSS as a result of these solicitations and that the defendants used these monies for their own purposes, rather than the purpose fraudulently represented in the solicitations.

6. It was further a part of the conspiracy that the defendants targeted vulnerable elderly persons, to whom they mailed these solicitations which falsely represented that the recipient had won a substantial money award.

7. It was further a part of the conspiracy that the defendants would and did perform acts, and make statements to hide, conceal, and cause to be hidden and

concealed the purposes of, and the acts done, in furtherance of said conspiracy.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH SEVEN
## MAIL FRAUD

### A. Introduction

1. Part A of Count One of this Indictment is realleged and incorporated by reference herein.

### B. Scheme

2. From in or about April, 2011, and continuing thereafter until on or about May 25, 2011, in Lee County and elsewhere in the Middle District of Florida,

RICHARD KNOWLES, and
RICKI BLACK,

the defendants herein, did knowingly and willfully devise and intend to devise, and aided and abetted in the devise of, a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises.

### C. Manner and Means

3. Part C of Count One of this Indictment is realleged and incorporated by reference herein.

### D. Execution

4. From in or about April, 2011, and continuing thereafter until on or about May 25, 2011, in Lee County, in the Middle District of Florida, and elsewhere,

RICHARD KNOWLES, and
RICKI BLACK,

3

the defendants herein, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, all relating to material facts, aided and abetted by others, did knowingly cause to be deposited, the below listed items, in the mail for delivery by the United States Postal Service, according to the direction thereon, as set forth below:

| COUNT | DATE | NATURE OF MAILING |
|---|---|---|
| TWO | 5/15/2011 | Defendants caused A.F. to send, via United States mail, to "PPSS", a check in the amount of $22.00. |
| THREE | 5/20/2011 | Defendants caused R.B. to send, via United States mail, to "PPSS", a check in the amount of $44.00. |
| FOUR | 5/19/2011 | Defendants caused L.F. to send, via United States mail, to "PPSS", a check in the amount of $22.00. |
| FIVE | 5/24/2011 | Defendants caused A.F. to send, via United States mail, to "PPSS", a check in the amount of $22.00. |
| SIX | 5/25/2011 | Defendants caused L.S. to send, via United States mail, to "PPSS", a check in the amount of $22.00. |
| SEVEN | 5/19/2011 | Defendants caused L.F. to send, via United States mail, to "PPSS", a check in the amount of $22.00. |

In violation of Title 18, United States Code, Sections 1341 and 2.

## **FORFEITURES**

1.      The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of any of the violations alleged in Counts One through Seven, the defendants, RICHARD KNOWLES and RICKI BLACK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to their mail fraud scheme. The specific property to be forfeited includes, but is not limited to, $113,395.00 in U.S. Currency seized from the master bedroom safe, and $9,287.00 in U.S. Currency seized from the guest bedroom safe at defendants' residence located at 2603 SW 28th Terrace, Cape Coral, Florida, on June 21, 2011.

3.      If any of the property described above, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided,

the United States of America shall be entitled to forfeiture of substitute property under

the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 981(a)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

2/29/12
Date

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
DOUGLAS MOLLOY
Assistant United States Attorney

By: *[signature]*
NICOLE H. WAID
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

RICHARD KNOWLES
RICKI BLACK

## INDICTMENT

Violations:

18 U.S.C. § 1349
18 U.S.C. § 1341
18 U.S.C. § 2
18 U.S.C. § 981(a)(1)(C) (Forfeiture)
28 U.S.C. § 2461(c) (Forfeiture)

A true bill,

_____
Foreperson

Filed in open court this 15th day

of February, A.D. 2012.

_____
Clerk

Bail $_____

N:\_Criminal Cases\K\Knowles, Richard_2011R03027_DLM\f_Ind Back_Revised.wpd