**BOND RECOMMENDATION:**
AO 442 (Rev.5/85) Warrant for Arrest

DM/cc

# United States District Court FILED

MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 MAR -1 PM 2:36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD KNOWLES

WARRANT FOR ARREST

CASE NUMBER: 2:12-cr-31-FtM-99SPC

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Richard Knowles and bring him forthwith to the nearest magistrate to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with knowingly and willfully combining, conspiring, and agreeing with others, to commit mail fraud, and mail fraud.

In violation of Title 18, United States Code, Sections 1349, 1341, and 2.

2012 FEB 29 PM 2:38 RECEIVED U.S. MARSHAL M.D. DIST. OF FLORIDA FT MYERS

**Sheryl L. Loesch**
Name & Title of Judicial Officer

**Clerk, United States District Court**
Title of Issuing Officer

_____
Signature of Issuing Officer

_/s/_ (By) Deputy Clerk

2/29/2012 Fort Myers, Florida
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/29/2012 | Sherri L. Lanham Federal Agent, USPIS | Sherri L. Lanham |
| DATE OF ARREST 03/01/2012 | | |